United States District Court
Southern District of Texas
FILED

SEP 30 2016

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF _____TEXAS_____

UNITED STATES OF AMERICA
V.

Flor Angelina JUAREZ  (USC)
1978

**CRIMINAL COMPLAINT**

Case Number: M-16-1814-M

I, Ralph Garza, Jr., the undersigned complainant state that the following is true and correct to the best of my

Knowledge and belief.  On or about __September 29, 2016__ in __Hidalgo__ County, in
                                        (Date)
the __Southern__ District of __Texas__ Defendant(s) did,

Knowingly and Intentionally Possess with Intent to Distribute approximately 17.46 kilograms of cocaine a Schedule II Controlled Substances and Knowingly and Intentionally Illegally Import into the United States approximately 17.46 kilograms of cocaine a Schedule II Controlled Substances.

in violation of Title __21__ United States Code, Section(s) __841 (a)(1) and 952__ .

I further state that I am a(n) __HSI/ ICE Special Agent__ And that this complaint is based on the
                                        Official Title
following facts:

See Attachment "A"

Continued on the attached sheet and made a part of this complaint:   ☒ Yes   ☐ No

Signature of Complainant
Ralph Garza, Jr.
HSI McAllen Special Agent

Sworn to before me and signed in my presence,

September 30, 2016                  8:33 am  at   McAllen, Texas
Date                                              City and State

U.S. Magistrate Judge Peter E. Ormsby
Name and Title of Judicial Officer                Signature of Judicial Officer

## Attachment "A"

On September 29, 2016, at approximately 6:32AM, Flor Angelina JUAREZ, the driver of a white 2012 Volkswagen Jetta displaying Texas plates GXD-4967 entered the United States at the Anzalduas Port of Entry in Mission, Texas. JUAREZ presented her United States Passport to CBPO Jose Pena Jr. When the vehicle's license plate was automatically queried through the vehicle license plate reader, a lookout was received for narcotics smuggling.

During primary interview, JUAREZ stated that she was coming from Reynosa and was in route to work at Metro PCS in Harlingen. JUAREZ said that she visits and stays with her mother several times a week in Reynosa, Tamps., Mexico. JUAREZ said that she was the owner of the VW Jetta and had purchased it in February of this year. While questioning JUAREZ, CBPO Pena noticed that she was displaying nervous behavior, avoiding eye contact and being very talkative when being questioned about her vehicle. JUAREZ began to explain in detail how she had already been inspected the day prior and didn't think it was necessary for the inspection again. CBPO J. Pena obtained a negative declaration for plants, fruits, meats, vegetables, alcohol, tobacco, firearms, ammunition, narcotics and money or monetary instruments in excess of $10,000 USD and escorted JUAREZ to CBP secondary for further inspection.

CBPO J. Pena informed X-Ray operator CBPO M. Hange of the narcotic lookout on JUAREZ and the VW Jetta. The VW Jetta was x-rayed and anomalies were discovered concealed within the center console. CBP Canine Officer Roberto Olivares and his narcotic dog Canine "Hyro" #141360 conducted an intensive search of the vehicle. CBPO Olivares advised that his Canine "Hyro" had alerted to the presence of narcotic odor within the center console. CBPO J. Torres discovered some tampering to the center console. Further inspection revealed packages concealed within the center console of the VW Jetta. A total of fifteen (15) packages were taken out of the center console and CBP officers discovered a white powdery substance within the packages which field tested positive for cocaine. The total weight of the fifteen (15) packages was 17.46 kilograms.

SA Ralph Garza, Jr. arrived at the Anzalduas POE to interview JUAREZ, but she declined to comment.